## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 08/22/2019 16:6

20-04010MJ-001-PCT-CDB

## United States District Court
### Violation Notice

CVB Location Code: A107
Violation Number: 6562681
Officer Name (Print): Foss
Officer No.: 698

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7/27/19
Offense Charged: ☒ CFR ☐ USC ☐ State Code   36 CFR 3.7(b)
Place of Offense: RM 228 #12

Offense Description: Factual Basis for Charge   HAZMAT ☐
FAIL TO WEAR PFD

### DEFENDANT INFORMATION
Phone:
Last Name: SULLIVAN   First Name: RYAN   M.I.: H
Street Address:
City: PEACH SPRINGS   State: AZ   Zip Code: 86434
Drivers License No.: _____ CDL ☐   D.L. State: _____   Social Security No.: _____
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRN   Eyes: BLU   Height: _____ Weight: 170

VEHICLE   VIN: _____   CMV ☐
Tag No.: _____ State: _____ Year: _____ Make/Model: _____ PASS ☐ Color: _____

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50   Forfeiture Amount
+ $30   Processing Fee
$ 80   Total Collateral Due

PAY THIS AMOUNT → $ 80

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 08/22/2019 16:6

CIF: NP19116125

CVB SCAN 08/22/2019 16:9

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/27, 2019 while exercising my duties as a law enforcement officer in the   District of Arizona
On 27 July, 2019 at approximately 1015 hrs, Ranger Jenkins and I contacted the owner of Grand Canyon 9 Rapids, Patricia Cesspooch. Ranger Jenkins and I observed Cesspooch and one of her boatman operate a motorized vessel in the area of Diamond Creek on the Colorado River within Grand Canyon National Park.

Ranger Jenkins waved Cesspooch over to notify her about her boatman failing to wear a personal floatation device (PFD). When she came within talking distance Cesspooch falsely stated that her other boatman had on an inflatable PFD. Cesspooch immediately turned her vessel around and headed down stream. Both Jenkins and I noticed that Cesspooch was not wearing a PFD at that time too.

The Superintendent of Grand Canyon requires that a PFD be worn between RM 0 (Lees Ferry) and RM 240 (Separation Canyon). Diamond Creek is at approximately RM 225.

We were able to contact Cesspooch at Travertine Grotto. She stated that her booking employees added four last minute clients and Cesspooch and her boatman gave up their PFD's to the clients. She stated that her boatman did not have a PFD as she previously stated.

This citation was issued to SULLIVAN for violation of 36 CFR 3.7 (b) Failure to wear PFD where required.

Video recording equipment had malfunctioned at the time of the contact.

CI# NP19116125
VN# 6562680
Loc Code A107

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/27/2019__
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __10/16/19__
Date (mm/dd/yyyy)   U.S. Magistrate Judge